# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MAMADOU M. GUEYE**,

    Petitioner,

v.

**BILL GRAY, et al.**,

    Respondents.

Civil Action No. 7:14-CV-204 (HL)

## ORDER

This case is before the Court on a Recommendation (Doc. 9) from United States Magistrate Judge Stephen Hyles in which he recommends granting Respondents' Motion to Dismiss (Doc. 8) and dismissing Petitioner's petition as moot. It is apparent from the record that Petitioner was released from the physical custody of ICE on supervised release on January 30, 2015, making Petitioner's application for habeas relief under 28 U.S.C. § 2241 moot. (Doc. 8-1).

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Respondents' Motion to Dismiss is granted, and Petitioner's Petition for Writ of Habeas Corpus is dismissed as moot.

**SO ORDERED**, this the 31st day of March, 2015.

              *s/ Hugh Lawson*
aks            **HUGH LAWSON, SENIOR JUDGE**